**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| KHARI JAMAL APPLEWHITE II, Individually and on behalf of himself and other similarly situated current and former employees, | ) ) ) ) ) | |
| Plaintiff, | ) ) | No. 2:25-cv-02412-SHL-cgc |
| v. | ) ) | |
| HMS HOST USA, INC., | ) ) | |
| Defendant. | ) ) | |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed April 14, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Joint Motion for Settlement Approval (ECF No. 20), filed October 6, 2025, all claims by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

October 6, 2025
Date